Charles C. Kimball, Appellant, v. James H. Dyett, Respondent.— Judgment and order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

John Knerer, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.—Judgment and order of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

Fred Lang, Respondent, v. Margaretha Jung, Appellant, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

Henry Lewis, as Administrator, etc., of Frank Lewis, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edward A. Lonergan, Respondent, v. The Emerson Engine Company, Inc., Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ., concurred.

George S. Masten, by Charles M. Masten, His Guardian ad Litem, Respondent, v. The Upper Hudson Stone Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ.

Charles McDougall and Others, Appellants, Impleaded with William M. Glenn, Plaintiff, v. Leila B. Haffelfinger, Individually and as Administratrix, etc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Putnam, JJ., concurred; Burr, J., not voting.

Julia Murphy, Respondent, v. Delia Lyons and Others, Defendants, Impleaded with Edward W. Rider and Carrie Johnson, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas and Rich, JJ., concurred; Stapleton, J., not voting.

J. Ottmann Lithographing Company, Appellant, v. D. Frank Dodge and Della F. Dodge, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Albert E. Painter, Appellant, v. Nassau Electric Railroad Company and Coney Island and Brooklyn Railroad Company, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ.

The People of the State of New York, Respondent, v. Joseph Albergo, Appellant.—Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Dominick Cuccia, Appellant.— Judgment of conviction of the County Court of Kings